**Order entered July 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00548-CV

## IN THE INTEREST OF S.V., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-04-11968-V

## ORDER

Appellant appeals from the trial court's May 6, 2019 Order Modifying Parent-Child Relationship and Confirming Child Support Arrearages. Appellant filed both a timely request for findings of fact and conclusions and law and notice of past-due findings of fact and conclusions of law. To date, they have not been filed. Before the Court is appellant's June 17, 2019 motion for new trial due to failure to file findings of fact and conclusions of law. Appellant requests this Court either order a new trial or, alternatively, order the trial court to make findings of fact and conclusions of law.

We **GRANT** appellant's motion as follows. We **ORDER** the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court, to make written findings of fact and conclusions of law **within twenty days of the date of this order**. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **within twenty-five days** of the date of this order, a

supplemental clerk's record containing the trial court's written findings of fact and conclusions of law.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Lopez, Ms. Pitre, and all parties.

We **ABATE** this appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated in thirty days or when the requested supplemental clerk's record is filed, whichever occurs sooner.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE